

**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: PAGAN-RIVERA, JOEL  40884-069

SEQUENCE: 01787342
Team Date: 10-03-2022

| | | |
|---|---|---|
| Facility: | FTD  FORT DIX FCI | Proj. Rel. Date:  11-23-2027 |
| Name: | PAGAN-RIVERA, JOEL | Proj. Rel. Mthd:  GOOD CONDUCT TIME |
| Register No.: | 40884-069 | DNA Status:  GUA04561 / 09-28-2012 |
| Age: | 43 | |
| Date of Birth: | 07-06-1979 | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | 6695 ORD C | BLDG 6695 ORDERLY - FTD CAMP | 09-13-2022 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | ESL NEED | ESL NEED-SHOULD BE/IS ENROLLED | 03-28-2022 |
| FTD | GED EN | ENROLL GED NON-PROMOTABLE | 03-28-2022 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FTD | | ESL CLASS,MON-FRI,7:30-9:00AM | 05-04-2022 | CURRENT |
| FTD SCP | C | READING BLUEPRINTS 101 - TPC | 04-05-2022 | 04-15-2022 |
| FTD SCP | C | TPC:READING | 04-05-2022 | 04-15-2022 |
| FTD SCP | C | OSHA SILICA SAFETY CNSTRCN ENV | 04-05-2022 | 04-05-2022 |
| FTD SCP | C | OSHA BLOOD BORNE PATHOGENS | 04-05-2022 | 04-05-2022 |
| FTD SCP | C | OSHA FORMALDEHYDE STANDARD | 04-05-2022 | 04-05-2022 |
| FTD SCP | C | PREVENTING WORKPLACE DISCRIMIN | 04-05-2022 | 04-05-2022 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| 04-04-2022 | 317 : FAILING TO FOLLOW SAFETY REGS |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 06-30-2022 |
| CARE2 | STABLE, CHRONIC CARE | 09-05-2022 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 11-04-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 09-28-2012 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-29-2021 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-29-2021 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DIAG S | ABUSE DIAGNOSIS PEND/SPANISH | 05-24-2022 |
| ED COMP | DRUG EDUCATION COMPLETE | 04-21-2022 |
| NR WAIT | NRES DRUG TMT WAITING | 04-21-2022 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:    COMPLT    FINANC RESP-COMPLETED    Start: 04-01-2022**

Payments past 6 months:    $0.00        Obligation Balance: $0.00

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $100.00 | IMMEDIATE | EXPIRED |



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: PAGAN-RIVERA, JOEL  40884-069

SEQUENCE: 01787342
Team Date: 10-03-2022

## Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

## FRP Deposits

Trust Fund Deposits - Past 6 months:   $1,369.02       Payments commensurate ?   Y

New Payment Plan:   ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 03-20-2022 |
| N-ANGER R | NEED - ANGER/HOSTILITY REFUSE | 10-03-2022 |
| N-ANTISO R | NEED - ANTISOCIAL PEERS REFUSE | 10-03-2022 |
| N-COGNTV R | NEED - COGNITIONS REFUSE | 10-03-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 03-23-2022 |
| N-EDUC Y | NEED - EDUCATION YES | 10-03-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 10-03-2022 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 10-03-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-03-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 10-03-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 10-03-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 10-03-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 10-03-2022 |
| N-WORK Y | NEED - WORK YES | 10-03-2022 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 10-03-2022 |

## Progress since last review

Completed the Reading Blueprints 101, Reading Schematics and Symbols. Pending RDAP Diagnosis. Completed 12 hour Drug Program and on waiting list for NRES Drug TMT. Newly assigned to the Building Orderly Work Detail as of 09-13-2022. Currently enrolled into the GED program.

## Next Program Review Goals

It is recommended that inmate Pagan-Rivera start the following by 10-03- and complete by 11-23-2027:

-maintain clear conduct.
-receive good or better evaluations on work detail.
-enroll in ace or vocational program.
-maintain good progress in the GED program.
-maintain a healthy diet and exercise.
-save $10.00 a month in pre-release account.
-maintain contact with family and friends.
-maintain contact with your correctional counselor to address any issue or concerns that you may be having.

## Long Term Goals

It is recommended that inmate Pagan-Rivera start the following by 10-03-2022  and complete by 11-23-2027:

-additional education course of your choice.
-have copies of SS Card, ID and Birth Certificate sent in.
-save $20.00 a month toward release.
-complete job fair and resume class.
-submit an up to date resume.
-complete RPP courses.
-complete the GED program with certificate.
-Additionally, set appropriate and realistic goals for yourself and continue to take responsibility for your actions

## RRC/HC Placement

No.
Management decision - Not within time frame. When within 17-19 months, will be reviewed..
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: PAGAN-RIVERA, JOEL  40884-069

SEQUENCE: 01787342
Team Date: 10-03-2022

- Prisoner
- Court Statement
- Sentencing Commission

**Comments**

Financial/Poverty Review: Yes
Sentencing District: Puerto Rico
Supervision relocation required? No